# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAMO MURAD IBRAHIM,<br><br>   Plaintiff/Petitioner,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration;<br><br>   Defendant/Respondent. | 4:18CV3110<br><br>ORDER |

Plaintiff/Petitioner filed an application to proceed in forma pauperis, ECF No. 2. Upon review of Plaintiff/Petitioner's Application, the court finds that Plaintiff/Petitioner is financially eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

1. Plaintiff/Petitioner's application to proceed in forma pauperis, ECF No. 2, is approved; and

2. Plaintiff/Petitioner may proceed in this matter without prepaying fees or costs.

Dated this 31st day of August, 2018.

              BY THE COURT:

              s/Laurie Smith Camp
              Chief United States District Judge